Argued and submitted October 1, vacated in part; otherwise affirmed
November 24, 1999

## PETER HART BERGERON,
*Appellant,*

v.

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(951127670M; CA A103179)

991 P2d 577

Peter Hart Bergeron filed the briefs *pro se*.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Judgment imposing expenses and compensation for court-appointed attorney in amount of $1,982.99 vacated; otherwise affirmed. *See Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).